## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Starling v. Allstate Insurance Company

Case Number: 1:25-cv-4000

An appearance is hereby filed by the undersigned as attorney for:

Plaintiff Kimberly Starling

Attorney name (type or print): Jeffrey D. Blake

Firm: Zimmerman Law Offices, P.C.

Street address: 77 West Washington Street, Suite 1220

City/State/Zip: Chicago, IL 60602

Bar ID Number: 6308602
(See item 3 in instructions)

Telephone Number: (312) 440-0020

Email Address: jeff@attorneyzim.com

| Question | Yes | No |
| --- | --- | --- |
| Are you acting as lead counsel in this case? | ☐ | ☑ |
| Are you a member of the court's general bar? | ☑ | ☐ |
| Are you a member of the court's trial bar? | ☐ | ☑ |
| Are you appearing *pro hac vice*? | ☐ | ☑ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ☑ |

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

---

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on April 14, 2025

Attorney signature: S/ Jeffrey D. Blake
(Use electronic signature if the appearance form is filed electronically.)