AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Northern District of Illinois

KIMBERLY STARLING
*Plaintiff*
v.
ALLSTATE INSURANCE COMPANY
*Defendant*

Case No. 1:25-cv-4000

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Kimberly Starling .

Date: 04/14/2025

s/Max S. Morgan
*Attorney's signature*

Max S. Morgan (316096)
*Printed name and bar number*

The Weitz Firm, LLC
1515 Market Street #1100
Philadelphia, PA 19102
*Address*

max.morgan@theweitzfirm.com
*E-mail address*

(267) 587-6240
*Telephone number*

(215) 689-0875
*FAX number*