# In the United States District Court for Northern District of Illinois

**KIMBERLY STARLING, on behalf of herself and all others similarly situated,,**

Plaintiff,

vs.

**ALLSTATE INSURANCE COMPANY,**

Defendant.

**Case No.: 1:25-cv-4000**

**AFFIDAVIT OF SERVICE**

I, Nicholas Currie, being first duly sworn on oath, depose and say the following:

I am over the age of 18, not a party to this action, and an employee of United Processing, Inc., a licensed private detective agency, license number 117-001101.

On April 15, 2025 at 12:34 PM, I served the within Summons in a Civil Case and Complaint Class Action on Allstate Insurance Company in the following manner:

**Corporate Service:** By leaving a copy of the Summons in a Civil Case and Complaint Class Action with T. Meeks, Service of Process Clerk, an officer or agent of Allstate Insurance Company.

Service was effected at c/o Its Registered Agent C T Corporation 208 South LaSalle Street, Suite 814 , Chicago, IL 60604.

Description of person process was left with:

Sex: **Male** - Skin: **Black** - Hair: **Black** - Approx. Age: **30** - Height: **6ft1in** - Weight: **200**

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

X____________________
**Nicholas Currie**
License(s): Agency:117-001101

United Processing, Inc.
770 N. LaSalle Dr. Suite 615
Chicago, IL 60654
(312) 629-0140
**Court Date:**
**File #**

*829298*