# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

Case Title: Kimberly Starling v. ALLSTATE INSURANCE COMPANY

Case Number: 1:25-cv-4000

An appearance is hereby filed by the undersigned as attorney for: ALLSTATE INSURANCE COMPANY

Attorney name (type or print): Jani K. Mikel

Firm: AKERMAN LLP

Street address: 71 S. Wacker Dr., 47th Floor

City/State/Zip: Chicago, IL 60606

Bar ID Number: 6331445
(See item 3 in instructions)

Telephone Number: (312) 634 - 5700

Email Address: jani.mikel@akerman.com

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ Yes | ☒ No |
| Are you a member of the court's general bar? | ☒ Yes | ☐ No |
| Are you a member of the court's trial bar? | ☐ Yes | ☒ No |
| Are you appearing *pro hac vice*? | ☐ Yes | ☒ No |
| If this case reaches trial, will you act as the trial attorney? | ☐ Yes | ☒ No |

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

---

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on May 23, 2025

Attorney signature: S/ ***Jani K. Mikel***
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023