**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **KIMBERLY STARLING,** *on behalf of herself and all others similarly situated,*<br><br>*Plaintiff;*<br><br>v.<br><br>**ALLSTATE INSURANCE COMPANY,**<br><br>*Defendant.* | Civil Case No.: 1:25-cv-4000 |

**DEFENDANT ALLSTATE INSURANCE COMPANY'S RULE 7.1 AND L.R. 3.2 CORPORATE DISCLOSURE STATEMENT AND NOTIFICATION OF AFFILIATES**

Pursuant to Federal Rule of Civil Procedure 7.1 and Northern District of Illinois Local Rule 3.2, defendant Allstate Insurance Company ("Allstate") states that it is a wholly-owned subsidiary of Allstate Insurance Holdings, LLC, which is a Delaware limited liability company. Allstate Insurance Holdings, LLC is a wholly-owned subsidiary of The Allstate Corporation, which is a Delaware corporation. The stock of The Allstate Corporation is publicly traded. No publicly-held entity owns 10% or more of the stock of The Allstate Corporation. With regards to the definition of "affiliate" as set forth in Local Rule 3.2, Allstate discloses The Vanguard Group and BlackRock Inc. as affiliates, in that each owns more than 5% of stock of The Allstate Corporation.

Dated: May 23, 2025

By: /s/ *Jani K. Mikel*

Jani K. Mikel
AKERMAN LLP
71 S. Wacker Drive, 46th Floor
Chicago, IL 60606
Tel: (312) 634-5700
jani.mikel@akerman.com

# CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of May, 2025, I caused the foregoing document to be electronically filed with the Clerk using the CM/ECF system, which will send notification of such filing to all persons registered for ECF in this matter.

By: /s/ *Jani K. Mikel*

Jani K. Mikel
AKERMAN LLP
71 S. Wacker Drive, 46th Floor
Chicago, IL 60606
(312) 634-5700
jani.mikel@akerman.com