**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Kimberly Starling
Plaintiff,
v.
Allstate Insurance Company
Defendant.

Case No.: 1:25−cv−04000
Honorable Matthew F. Kennelly

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 16, 2025:

MINUTE entry before the Honorable Matthew F. Kennelly: Telephonic status hearing held on 6/16/2025. Rule 26(a)(1) disclosures are to be made by 6/27/2025. Initial written discovery requests are to be served by 7/7/2025. Document production is to be substantially completed by 10/6/2025. The deadline for amending the pleadings and adding parties is 1/5/2026. The deadline for notices of deposition and Rule 45 subpoenas is also 1/5/2026. The fact discovery cutoff date is 5/6/2026. The deadline for the motion regarding class certification is 6/5/2026. If class certification is granted, the Court will allow a period of 60 days after that for completion of any resulting fact discovery. The defendant is directed to file either a motion to dismiss for lack of standing or an explanation for why it isn't filing such a motion by 7/7/2025. The case is set for a telephonic status hearing on 7/9/2025 at 8:40 a.m. The following call−in number will be used for the hearing: 650−479−3207; access code 2305−915−8729. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.