# Exhibit 3

[redacted]

Kim Starling

[redacted]

On Jul 18, 2024, at 1:53 PM, Ryan Daniel <ryan@inboundcd.com> wrote:

Kim,

It is true that the number [redacted] 6140 is on the federal DNC registry.

However, we have no record of dialing this number in the last 12 months, including today.

Oftentimes numbers may be intentionally or erroneously forwarded to a phone number on the DNC. We most likely, legally and compliantly, dialed a number which had this forwarding condition.

We will be handling this matter from this point forward. However, since we never dialed this number we have no civil or criminal liability here.

We are an organization that prides itself on compliance, as required to provide our services to the brands we do. Every number we dial is audited monthly by reputable 3rd parties. We have never had a violation in a decade of doing what we do  Feel free to travel this road for as far as you like, but you will soon find yourself in a dead end with your time and money wasted.

If you believe this to be in error, you may send a formal demand letter or file a formal complaint which can be served to the follow address so we can then forward it to our TCPA attorneys to start the discovery process:

InboundCD
425 Carr 693 STE 1 348
Dorado, Puerto Rico, 00646

Regards,
Ryan Daniel   Principal

**Error! Filename not specified.**

[redacted]