# Exhibit 4

CORPORATION INFORMATION

# Corporation Information

**NAVLAN PR LLC**

Details | Articles | Annual Filings | Certificates

## General Information

| | |
|---|---|
| Name | NAVLAN PR LLC |
| Register No. | 456135 |
| Status | ACTIVE |
| Class | Limited Liability Company |
| Type | For Profit |
| Jurisdiction | Domestic |
| Formation Date | 21-Dec-2020 04:16 PM |
| Effective Date | 21-Dec-2020 04:16 PM |
| Expiration Date | Does not expire |

## Main Office

| | |
|---|---|
| Street Address | 101 AVE DE DIEGO URB SAN FRANCISCO, SAN JUAN, PR, 00927 |
| Mailing Address | 1100 Broadway, SANTA MONICA, CA, 90401 |

## Resident Agent

| | |
|---|---|
| Name | NAVLAN PR LLC (Entity) |
| Street Address | 101 AVE DE DIEGO URB SAN FRANCISCO, SAN JUAN, PR, 00927 |
| Mailing Address | 101 AVE DE DIEGO URB SAN FRANCISCO, SAN JUAN, PR, 00927 |

## Administrators

| Name | Title | Address |
|---|---|---|
| BLACKMAN , RYAN | President, Treasurer | 1100 Broadway, SANTA MONICA, CA, 90401<br>1100 Broadway, SANTA MONICA, CA, 90401 |

## Authorized Persons

| Name | Street Address | Mailing Address |
|---|---|---|
| BLACKMAN , RYAN | 1100 Broadway, SANTA MONICA, CA, 90401 | 1100 BRIADWAY, SANTA MONICA, CA, 90401 |

## Purpose

THE PURPOSE OF THE COMPANY IF TO ENGAGE IN ANY LAWFUL ACT OR ACTIVITY RECOGNIZED TO LIMITED LIABILITY COMPANIES UNDER CHAPTER XIX OF THE PUERTO RICO GENERAL CORPORATION LAW OF 2009, AS AMENDED FROM TIME TO TIME.

← Return to Search Results

### Actions

Pay 2024 Annual Due

Pay Prior Year(s) Annual Due

.er Certificate of Good Standing

Order Certificate of Existence

Amend Entity

Cancel Entity

Convert

Merge

Consolidate

Manage Access

Payment Plan

Bingo License Application