# Exhibit 5

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

KIMBERLY STARLING

Plaintiff(s)

VS.

ALLSTATE INSURANCE COMPANY

Defendant(s)

Court No.: 1:25-CV-4000

## AFFIDAVIT OF SPECIAL PROCESS SERVER

I, Jean Mercado, being first duly sworn on oath depose and state as follows:
I am over the age of 18, not a party to this action, and an employee or agent of Firefly Legal, Inc., a licensed private detective agency, license number 117.001465.

Type of Process: Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action and SCHEDULE A TO SUBPOENA TO NAVLAN PR LLC

Defendant to be served: NAVLAN PR LLC

I SERVED/NON-SERVED (circled: NON-SERVED) the within named defendant on: 7/14/25 @ 10:11 AM/PM (circled: AM)

ADDRESS WHERE ATTEMPTED OR SERVED: 101 AVE DE DIEGO
Urb San Francisco, PR, 00927

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
Age ____ Gender M F Race ____ Height ____ Weight ____ Hair ____ Glasses Y N

____ **INDIVIDUAL SERVICE** by delivering to the within named defendant a copy of this process personally. The defendant confirmed that she/he resides at the above address.

____ **SUBSTITUTE SERVICE** by leaving a copy of this process at his/her usual place of abode with: ____, (Relationship). ____, a family member or person residing therein who is the age of 13 years or upwards confirmed the defendant resides at the above address and informed that person of the contents thereof and that further mailed a copy of this process in a sealed envelope with postage paid addressed to the defendant at his/her usual place of abode on ____.

____ **CORPORATE OR GOVERNMENT SERVICE** by leaving a copy of this process with ____, (Title) ____, a person authorized to accept service and informed that person of the contents thereof.

____ **POSTED**

✓ **NON-SERVICE** for the reason that after diligent investigation found
The location was occupied by an accounting and consulting firm named PSV. The receptionist confirmed that the recipient was not a client of the firm. The receptionist added that Navlan PR LLC may have been a previous occupant, although no one could confirm this.

**MILITARY** ____

Additional Comments

Under penalties as provided by law pursuant to Section 1-109 of the Illinois Code of Civil Procedure, the undersigned certifies that the above statements set forth in this instrument are true and correct.

I certify that I am a United States citizen, over the age of 18 and not a party to, nor otherwise interested in the above action.

Territory of
State of Puerto Rico
County of Carolina
Municipality of
Subscribed and sworn before me on 18 July 2025
in Carolina Puerto Rico
Personally known to me.
Notary Public Belinda Rodriguez Nieves
Aff #22925
[signature]
Puerto Rico Notary Public
#10,109
Comm Permanent
no Expiration

[signature]
Signature of Process Server

Jean Mercado
Printed Name of Process Server

File Number: 1ZL070125
Reference Number: 4386227
Case Number: 1:25-CV-4000
Client: ZIMMERMAN LAW OFFICES, P.C.
Doc Generated: 07/10/2025 12:06:12:858 PM

957061_4386227_0_26_V4