# Exhibit 6

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address) | FOR COURT USE ONLY |
|---|---|
| FIRE FLY<br>FIREFLY LEGAL - MOKENA<br>9550 BROMET DRIVE MOKENA, IL 60448<br>TELEPHONE NO.: (708) 326-1410 FAX NO.: (708) 478-5405<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): Client File #4397618 | |
| N/A<br>STREET ADDRESS:<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: , IL<br>BRANCH NAME: | |
| PLAINTIFF/PETITIONER: **KIMERELY STARLING**<br>DEFENDANT/RESPONDENT: **ALLSTATE INSURANCE COMPANY** | |
| **DECLARATION OF DILIGENCE** | CASE NUMBER:<br>**1:25-cv-4000** |

I received the within assignment for filing and/or service on August 11, 2025 and that after due and diligent effort I have not been able to serve said person.I attempted service on this servee on the following dates and times:

Servee: **RYAN DANIEL BLACKMAN**

Documents: **SUBPOENA TO TESTIFY AT DEPOSITION IN A CIVIL ACTION and SCHEDULE A TO SUBPOENA TO RYAN DANIEL BLACKMAN**

Address: **23311 W. PALOMA BLANCA DRIVE**
**MALIBU, CA 90265**

As enumerated below:

**8/11/2025 -- 1:40 PM**
VACANT LOT HOME LOST IN MALIBU FIRE EARLIER THIS YEAR

★ County: **LOS ANGELES**
Registration No.: **2020057773**
**Premier Attorney Service**
**1301 W Second Street, Suite 204**
**Los Angeles, CA 90026**
**P (213) 481-7334 F (213) 481-7343**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on 8/11/2025.

Signature: ____________________
**RENDELL HEADCOCK**

## DECLARATION OF DILIGENCE