# Exhibit 8

**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**

Kimberly Starling | Plaintiff(s) |
VS. |
| Court No.: 1ZL080625
Allstate Insurance Company |
Defendant(s) |

**AFFIDAVIT OF SPECIAL PROCESS SERVER**

I, P. KISSOONDYAL, being first duly sworn on oath depose and state as follows: I am over the age of 18, not a party to this action, and an employee or agent of Firefly Legal, Inc., a licensed private detective agency, license number 117.001465 .

Type of Process: SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION and SCHEDULE A TO SUBPOENA TO RYAN DANIEL BLACKMAN

Defendant to be served: Ryan Daniel Blackman

ADDRESS WHERE ATTEMPTED OR SERVED: 2624 MILITARY AVE, Los Angeles, CA, 90064

I **NON-SERVED** the within named defendant on: 9/5/2025 1:45 PM

**X NON-SERVICE** after due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of following reason(s): PER OWNER [redacted], WHO PURCHASE THE HOME 1 MONTH AGO, DOSEN'T KNOW ANY RYAN D. BLACKMAN.

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.

I certify that I am a United States citizen, over the age of 18 and not a party to, nor otherwise interested in the above action.

State of CALIFORNIA
County of LOS ANGELES

Subscribed and sworn before me on 9/4/2025

Notary Public

C. WATSON
COMM. #2503753
NOTARY PUBLIC - CALIFORNIA
LOS ANGELES COUNTY
My Comm. expires: November 2, 2028

Signature of Process Server

P. KISSOONDYAL
Printed Name

PROCESS SERVER
Title

959866_4401764_0_23__V4



File Number: 1ZL080625
Reference Number: 4401764
Case Number: 1ZL080625
Client: ZIMMERMAN LAW OFFICES, P.C.
Doc Generated: 09/08/2025 01:51:17:196 PM