# Exhibit 9

| | |
|---|---|
| **From:** | Gina Patterson |
| **To:** | silvie@attorneyzim.com; jeff@attorneyzim.com |
| **Subject:** | File 1ZL080625; Case 1:25-cv-4000 - Ryan Daniel Blackman |
| **Date:** | Wednesday, October 1, 2025 12:47:36 PM |

Good afternoon! Below is a summary of the attempt that was made this morning.

The server spoke with the guard who tried contacting the recipient by phone. There was no answer. The guard also contacted the person who is in charge of the house, but that person would not accept service and said to leave it with the guard. The server did not leave the documents with the guard and was denied access.

Please advise if you would like the server to make another attempt

In your service,

**Gina Patterson**
**accountant, finance**
office 877 963 3534 ext. 5118

**Firefly Legal, Inc. | Est. 1996 | CELEBRATING 29 YEARS OF SERVICE!**

nationwide process serving | court filing | e-Filing | skip trace | document retrievals | property inspections

**Firefly's light shines on REFERRALS. We can passionately enlighten the caseloads for anybody important to you.**

CONFIDENTIALITY NOTICE: This message and any attachments are intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential or proprietary. If you are not the intended recipient, you are hereby notified that you have received this email in error and that any review, disclosure, dissemination, distribution or copying of it or its content is prohibited. The sender does not waive confidentiality or any privilege due to a transmission error. If you have received this email in error, please immediately advise us by reply email, delete the email and destroy any copies and attachments.