**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Kimberly Starling

Plaintiff,

v.

Case No.: 1:25−cv−04000
Honorable Matthew F. Kennelly

Allstate Insurance Company

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 3, 2025:

MINUTE entry before the Honorable Matthew F. Kennelly: Plaintiff's motion for alternative service [27] is granted. The Court has reviewed the parties' joint status report. The telephonic status hearing set for 10/9/2025 is vacated and reset to 12/11/2025 at 9:00 AM, using call−in number 650−479−3207, access code 2305−915−8729. A joint status report regarding the progress of discovery and any settlement discussions is to be filed on 12/4/2025. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.