**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| KIMBERLY STARLING, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY,<br><br>Defendant. | Case No.: 1:25-CV-4000<br><br>Honorable Judge Matthew F. Kennelly |

**DEFENDANT ALLSTATE INSURANCE COMPANY'S UNOPPOSED MOTION FOR EXTENSION OF TIME**

Defendant Allstate Insurance Company, by and through its undersigned counsel, moves for an extension of time for it to substantially complete its document production, as set forth in the Court's June 16, 2025 Order (Dkt. 19) from October 6, 2025 to December 5, 2025. In support of its Motion, Defendant states as follows:

1. On August 16, 2025, the Court entered an order setting forth several discovery deadlines, including the October 6, 2025 deadline for Defendant to substantially complete its document production . *Id.*

2. Defendant is working diligently to complete its review and production of responsive documents in an efficient manner. After working with its e-discovery team, and applying appropriate search terms, Defendant culled down the universe of documents and communications to approximately 177,000, which remains to be a substantial number of documents.

3. Defendant is utilizing various resources to complete its review in a timely and efficient manner, and anticipates engaging a managed review team to ensure that the review is conducted in an expedient manner.

4. Additionally, Defendant's use of TAR will help to expedite the review and maintain the timeliness and accuracy of the review.

5. A sixty (60) day extension to December 5, 2025 is necessary for the engagement and training of a managed review team, if any, and for Defendant to substantially complete its document production.

6. On October 3, 2025, Defendant's counsel conferred with Plaintiff's counsel Max Morgan, regarding the proposed extension to December 5, 2025, and counsel does not oppose the extension.

7. This Motion is filed in good faith and not for delay or any other undue purpose.

8. No prejudice to any parties in this action will result in granting an additional sixty (60) days for Defendant to substantially complete its document production.

WHEREFORE, Defendant respectfully requests that this Court enter an Order granting Defendant an additional sixty (60) days for it to substantially complete its document production, on or before December 5, 2025.

DATED: October 3, 2025.

ALLSTATE INSURANCE COMPANY

By: /s/ _*Jani K. Mikel*________________________

JANI K. MIKEL, ESQUIRE
AKERMAN LLP
71 South Wacker Drive, 47th Floor
Chicago, Illinois 60606
Telephone: (312) 634-5700
Facsimile: (312) 424-1900
Email: jani.mikel@akerman.com

-and-

RYAN ROMAN, ESQUIRE
Florida Bar No. 25509
Admitted Pro Hac Vice
AKERMAN LLP
201 East Las Olas Boulevard, Suite 1800
Fort Lauderdale, Florida 33301
Telephone: (954) 463-2700
Facsimile: (954) 463-2224
Email: ryan.roman@akerman.com

*Counsel for Defendant Allstate Insurance Company*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 3, 2025, the foregoing document was filed with the Court's electronic filing system on the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*/s/ Jani K. Mikel*

JANI K. MIKEL
Illinois Bar No. 6331445