**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Kimberly Starling
Plaintiff,
v.
Case No.: 1:25−cv−04000
Honorable Matthew F. Kennelly

Allstate Insurance Company
Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 27, 2026:

MINUTE entry before the Honorable Matthew F. Kennelly: The Court has reviewed the parties' joint status report and sets a deadline of 4/13/2026 for filing any motions to compel or for protective order regarding written discovery (both party and third party written discovery). The telephonic status hearing set for 4/1/2026 is vacated and reset to 4/23/2026 at 9:00 AM. The following call−in number will be used for the hearing: 650−479−3207; access code 2305−915−8729. A joint status report regarding the progress of discovery and any settlement discussions is to be filed on 4/16/2026. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.