# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## 219 SOUTH DEARBORN STREET
## CHICAGO, ILLINOIS 60604

# NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

1. Complete this form and e-file it, using the Notice of Change of Address event, in each case that you list below.
2. Update your contact information through PACER. Please click HERE for instructions.

**If your contact information is correct in PACER but not in CM/ECF, please send an email from your law firm email address to: ECF_PasswordResets_ILND@ilnd.uscourts.gov to request an update to your information.*

Name Thomas A. Zimmerman, Jr.

Firm Zimmerman Law Offices, P.C.

Street Address 7199 South Kingery Highway, #1148

City/State/Zip Code Willowbrook, IL 60527

Phone Number (312) 440-0020

Email address tom@attorneyzim.com

ARDC (Illinois State Bar members, only) 6231944

If you have previously filed an appearance with this court using a different name, enter that name.

List all active cases in which you currently have an appearance on file.

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| See Attachment A | | |
| | | |
| | | |
| | | |
| | | |
| | | |

s/Thomas A. Zimmerman, Jr.
Signature of Attorney

4/13/2026
Date

Rev. 07032025

**Attachment A**

| **Case Number** | **Case Title** | **Assigned Judge** |
|---|---|---|
| 1:21-cv-02509 | Anthony v. The Federal Savings Bank, et al. | LaShonda A. Hunt |
| 1:24-cv-03531 | Estrada v. Alpha Lab Services, Inc. | Andrea R. Wood |
| 1:24-cv-05313 | Jay Kay Collision Center, Inc., et al. v. CDK Global, LLC | Jeffrey I. Cummings |
| 1:24-cv-08555 | Phelps v. Illinois Bone and Joint Institute, LLC | Martha M. Pacold |
| 1:24-cv-11688 | Garcia, et al. v. Centrex Software, Inc., et al. | Martha M. Pacold |
| 1:25-cv-02522 | Arnold, et al. v. Aqua Illinois, Inc. | Georgia N. Alexakis |
| 1:25-cv-04000 | Starling v. Allstate Insurance Company | Matthew F. Kennelly |
| 1:26-cv-03843 | Pediatric Clinic Ltd., et al. v. UnitedHealth Group Inc., et al. | April M. Perry |