# Exhibit E
# (Fully Redacted)