# Exhibit F

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISRICT OF ILLINOIS

| | |
|---|---|
| Kimberly Starling, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Allstate Insurance Company,<br><br>Defendant. | Case No. 1:25-cv-4000 |

REMOTE DEPOSITION OF

KARON KING

Tuesday, September 23, 2025
9:08 a.m. to 11:33 a.m.

Pages 1 to 103

JOB NO.: 44471

REPORTED BY: Merilee Johnson, RDR, CRR, CRC RSA

# A P P E A R A N C E S
(Appearing remotely via videoconference)

ON BEHALF OF THE PLAINTIFF:

THE WEITZ FIRM, LLC
BY: Max Morgan, Esq.
1515 Market Street
Suite 1100
Philadelphia, Pennsylvania 19102
Phone: (267) 587-6240
Email: Max.Morgan@TheWeitzFirm.com

- and -

ZIMMERMAN LAW OFFICES, P.C.
BY: Jeffrey D. Blake, Esq.
77 West Washington Street
Suite 1220
Chicago, Illinois 60602
Phone: (312) 440-0020
Email: Jeff@AttorneyZim.com

ON BEHALF OF THE DEFENDANT:

AKERMAN LLP
BY: Jani K. Mikel, Esq.
71 South Wacker Drive
47th Floor
Chicago, Illinois 60606
Phone: (312) 634-5700
Email: Jani.Mikel@Akerman.com

# I N D E X


| WITNESS: KARON KING | PAGE |
|---|---|
| Examination by Mr. Morgan......................... | 4 |
| Examination by Ms. Mikel.......................... | 91 |
| Further Examination by Mr. Morgan................ | 99 |


CAUTION or INSTRUCTIONS NOT TO ANSWER: (None.)

SPECIAL INSTRUCTIONS or REQUESTS: (None.)

# E X H I B I T S


| EXHIBITS MARKED AND FIRST REFERRED TO: | | PAGE |
|---|---|---|
| Exhibit A | Subpoena | 11 |
| Exhibit B | Audio recording | 62 |
| Exhibit C | Native documents STARLING 000001 through 17 | 74 |


(Exhibits to be attached to transcript.)

REPORTER'S NOTE: All quotations from exhibits are reflected in the manner in which they were read into the record and do not necessarily indicate an exact quote from the document.

(PROCEEDINGS, September 23, 2025, 9:08 a.m.)

COURT REPORTER: We are on the record. For the record, please note your appearances and who you're representing, starting with the noticing attorney.

MR. MORGAN: Max Morgan and Jeffrey Blake on behalf of plaintiff.

MS. MIKEL: Jani Mikel from Akerman LLP on behalf of defendant Allstate.

KARON KING,

duly affirmed, was examined and testified as follows:

EXAMINATION

BY MR. MORGAN:

Q. Good morning, Mr. King.

A. Good morning.

Q. Can you hear me okay?

A. Yes.

Q. All right. Can you kindly state your full legal name for the record?

A. Karon King.

Q. Can you spell that?

A. K-a-r-o-n, K-i-n-g.

Q. Do you have a middle name?

A. Deon.

Q. And can you spell that?

Q. Okay. Number 7, "Documents sufficient to identify all consumer information obtained from the same source that plaintiff's cell phone number was obtained."
Do you see that?
A. Mm-hmm.
Q. Okay. If you wanted to go and figure out how many leads came from InboundCD, you could do that in two places, correct? The InboundCD portal and the lead management software?
A. Correct.
Q. Is there any other place where you could look for that information?
A. I guess in the old email.
Q. What do you mean by "the old email"?
A. My old email with Allstate.
Q. And what would you look for specifically in your old email?
A. I would just type in "InboundCD," and then I would see whatever it -- whatever email that came to me, it should pop up.
Q. And what would you expect to see in the emails that came to you?
A. Any calls that came in or any leads that were sent from InboundCD.

Q. Okay. So when your phone would ring and it would come from InboundCD, would you know that when your phone was ringing?

A. Yes. Yes. From what I remember, yes, we would know that it would be InboundCD.

Q. And how would you know that?

A. There would be one particular line that they would call.

Q. Okay. And was this a line set up through Allstate?

A. It was a line set up through Deborah Naulls.

Q. Okay. And then would they send you other information while you were --

A. Outside -- well, almost al- -- I would get an email -- supposed to get an email, and if I didn't get an email, I would have to go into, you know, Inbound's portal to find that information --

Q. Okay.

A. -- in case the email didn't come in quick enough.

Q. Would you always get an email about the lead coming over?

A. You know what? There was one particular time with them that some of the emails did not come

through in a timely manner.
Q. But would they ultimately come through?
A. Yes.
Q. Okay. So you should have an email related to each call that was sent to you from InboundCD?
A. At that time I would have.
Q. Okay. But sometimes the emails just did not come when you were on the phone with the person?
A. Correct.
Q. Understood. Okay.
Number 8, "Call detail records for all calls that utilized an artificial prerecorded voice and were transferred to you or any of the agents working at the Deborah Naulls Insurance agency."
Do you see that?
A. Yes.
Q. So if you wanted to figure out how many of these calls were transferred from InboundCD, you could do that through the portal, emails. Is there any other way you could do that?
A. No.
Q. So you agree with me that you could look at the portal and it would have the calls?
A. Yes.