**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| KIMBERLY STARLING, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY,<br><br>Defendant. | Case No.: 1:25-CV-4000<br><br>Honorable Judge Matthew F. Kennelly |

## MOTION TO FILE EXHIBIT AND UNREDACTED MOTION TO COMPEL UNDER SEAL

Pursuant to L.R. 26.2 and the Agreed Confidentiality Order, Plaintiff Kimberly Starling ("Plaintiff") submits this Motion to file under seal her unredacted Motion to Compel Discovery, and Exhibit E thereto, containing documents designated by Defendant Allstate Insurance Company ("Defendant") as Confidential - Subject to Protective Order, in accordance with the Agreed Confidentiality Order, entered by the Court on August 22, 2025 (Dkt. 26).

As used in the Order, "Confidential Information" means information designated as "CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER" by the producing party that falls within one or more of the following categories: (a) information prohibited from disclosure by statute; (b) information that reveals trade secrets; (c) research, technical, commercial or financial information that the party has maintained as confidential; (d) medical information concerning any individual; (e) personal identity information; (f) income tax returns (including attached schedules and forms), W-2 forms and 1099 forms; or (g) personnel or employment records of a person who is not a party to the case. Information or documents that are available to the public may not be designated as Confidential Information. Dkt. 26, ¶ 2.

"The court may for good cause shown enter an order directing that one or more documents be restricted." L.R. 26.2(b). Here, Plaintiff has submitted the contents of a document designated by Defendant as Confidential. Plaintiff does not wish to challenge the designation at this time. Plaintiff requests that the Court consider the material in connection with Plaintiff's arguments in support of her motion to compel discovery.

WHEREFORE, Plaintiff requests that the Court grant her leave to file an unredacted version of her motion to compel and Exhibit E to her motion under seal, and for such other relief as the Court deems appropriate.

Respectfully submitted,

By: /s/ Thomas A. Zimmerman, Jr.

Thomas A. Zimmerman, Jr.
*tom@attorneyzim.com*
Jeffrey D. Blake
*jeff@attorneyzim.com*
ZIMMERMAN LAW OFFICES, P.C.
77 W. Washington Street, Suite 1220
Chicago, IL 60602
Tel: (312) 440-0020
Fax: (312) 440-4180
*www.attorneyzim.com*

Max S. Morgan
THE WEITZ FIRM, LLC
1515 Market Street, #1100
Philadelphia, PA 19102
Tel: (267) 587-6240
Fax: (215) 689-0875
max.morgan@theweitzfirm.com

Attorneys for Plaintiff