**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Kimberly Starling

Plaintiff,

v.

Case No.: 1:25−cv−04000
Honorable Matthew F. Kennelly

Allstate Insurance Company

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 14, 2026:

MINUTE entry before the Honorable Matthew F. Kennelly: Motion for leave to file under seal [48] is granted. Response to plaintiff's motion to compel [46] is to be filed by 4/21/2026. Telephonic hearing is set for 4/23/2026 at 8:40 AM. The telephonic status hearing set for 9:00 AM on 4/20/2026 is advanced to 8:40 AM on that date. The following call−in number will be used for the hearing: 650−479−3207; access code 2305−915−8729. A joint status report remains due on 4/16/2026 as previously ordered. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.