**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| KIMBERLY STARLING, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY,<br><br>Defendant. | Case No.: 1:25-CV-4000<br><br>Honorable Judge Matthew F. Kennelly |

**JOINT STATUS REPORT**

Plaintiff Kimberly Starling ("Plaintiff") and Defendant Allstate Insurance Company ("Allstate") (collectively, the "Parties") have conferred and hereby file this Joint Status Report per the Court's April 14, 2026 Order [Dkt. 49]. The Parties state as follows:

## I. PARTY DISCOVERY

On April 13, 2026, Plaintiff filed a motion to compel discovery from Defendant. On April 14, 2026, the Court set a briefing and hearing schedule on the motion, which is scheduled for April 23, 2026 at 8:40 a.m. The parties are continuing to meet and confer related to the motion to compel to determine if the parties can resolve any of the disputed issues therein without court intervention. If the parties are able to do so, the parties will immediately advise the Court.

Plaintiff's deposition is scheduled for April 30, 2026.

## II. THIRD PARTY DISCOVERY

On April 13, 2026, Plaintiff filed a motion to enforce subpoenas against Navlan PR LLC and Ryan Blackman in the United States District Court for the District of Puerto Rico, Case No. 26-mc-129 (FAB). Plaintiff is also attempting to serve subpoenas on Navlan PR LLC and

Blackman through additional means, to ensure that the manner of service cannot be disputed. Through the subpoena enforcement action and depositions, Plaintiff seeks to obtain the identity of the telephone carrier used to make the outbound portion of the call and the outbound calling records of the calls placed to Plaintiff and other class members that utilized an artificial or prerecorded voice.

## III. SETTLEMENT

The Parties have had some preliminary discussions on settlement and intend to continue those discussions over the next few weeks.

Date: April 16, 2026


*/s/ Max S. Morgan*
Max S. Morgan, Esq.
THE WEITZ FIRM, LLC
1515 Market Street #1100
Philadelphia, PA 19102
Tel: (267) 587-6240
Fax: (215) 689-0875
max.morgan@theweitzfirm.com

Thomas A. Zimmerman, Jr.
Jeffrey D. Blake
Zimmerman Law Offices, P.C.
77 W. Washington Street, Suite 1220
Chicago, Illinois 60602
Telephone: (312) 440-0020
Facsimile: (312) 440-4180
tom@attorneyzim.com
jeff@attorneyzim.com

*Counsel for Plaintiff and the Putative Classes*

*/s/ Jani Mikel*
JANI K. MIKEL
**AKERMAN LLP**
Illinois Bar No. 6331445
71 South Wacker Drive, 47th Floor
Chicago, Illinois 60606
Telephone: (312) 634-5700
Facsimile: (312) 424-1900
Email: jani.mikel@akerman.com
Email: elida.asa@akerman.com

**- and –**

RYAN ROMAN
** Admitted Pro Hac Vice*
**AKERMAN LLP**
201 East Las Olas Boulevard, Suite 1800
Fort Lauderdale, Florida 33301
Telephone: (954) 463-2700
Facsimile: (954) 463-2224
Email: ryan.roman@akerman.com
Email: lauren.chang-williams@akerman.com

*Counsel for Defendant Allstate Insurance Company*