# <u>EXHIBIT B</u>

# Declaration of Alan Wroblewski

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| KIMBERLY STARLING, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY,<br><br>Defendant. | Case No.: 1:25-CV-4000 |

**DECLARATION OF ALAN WROBLEWSKI**
**IN SUPPORT OF DEFENDANT ALLSTATE'S INSURANCE COMPANY'S RESPONSE**
**TO PLAINTIFF'S MOTION TO COMPEL**

I, Alan Wroblewski, being duly sworn, deposes and says:

1. I am over the age of 18 and competent to make this Declaration.

2. I am a Lead Consultant in the Marketing Compliance function at Allstate Insurance Company ("Allstate"). I have been in the role for over eleven (11) years. My responsibilities and duties include, but are not limited to, (1) monitoring of Allstate.com, Allstate's database, and email monitoring; (2) monitoring and ensuring compliance of state registration relating to telemarketing operations by Allstate; (3) investigating TCPA complaints at the direction of, and in conjunction with, Allstate's corporate legal department.

3. The matters discussed in this Declaration are based on my personal knowledge of the above captioned matter and my experience at Allstate.

## I. Investigation of Plaintiff's Complaint

4. Allstate has approximately 27,400 exclusive agents, who are independent agents and operate independent businesses.

5. These agents may engage with certain third-party vendors to initiate calls to consumers to encourage the purchase of Allstate products. Contracted vendors are third-party vendors who have entered into a contract with Allstate and had their practices pre-vetted for assurance regarding TCPA compliance.

6. As a part of my role, I am familiar with Allstate's contracted vendors, including InboundCD, and the Allstate Select Vendor Agreement ("Agreement") between Allstate and InboundCD.

7. The Agreement does mention scripts may be used by vendors. However, Allstate does not maintain a script library nor does the Agreement reference or otherwise mention any such library or compilation of scripts. Allstate is only aware of two scripts that Inbound CD does use: first, a script for handling Do Not Call Requests and second, its own personal call script for interviewing prospective clients.

8. Consistent with my investigation responsibilities, at the direction of our internal legal department, I investigated Plaintiff's TCPA complaint regarding the alleged July 16, 2024, call.

9. In July 2024, Plaintiff contacted Allstate via email alleging a TCPA violation, the same allegations contained in her Complaint. Upon receipt of the complaint, Allstate's legal department investigated. Working with and at the direction of Allstate's in-house legal counsel, I led the investigation. I regularly work with in-house and outside counsel to investigate and resolve TCPA complaints.

10. In this capacity, and per Allstate's counsel's direction, I communicated with InboundCD to investigate the merits of Plaintiff's complaint. Similarly, Tom Witte (former Project

Manager) and I, at the direction of Allstate's counsel, communicated with InboundCD in furtherance of the investigation.

11. During this time, Allstate and InboundCD did undertake a joint effort with respect to responding to Plaintiff's TCPA complaint. We worked together with InboundCD to collect information and data in furtherance of the same goal of resolving the complaint.

## II. Understanding of Allstate Lead Manager

12. In connection with my role investigating TCPA complaints, I am familiar with Allstate Lead Manager.

13. Allstate Lead Manager is an application used by some Allstate exclusive agents to receive, view, and track insurance leads—some delivered automatically and others entered manually by agents.

14. However, agents are not required by Allstate to enter leads into Lead Manager and leads are not automatically delivered to Lead Manager.

15. I understand many agents do not have Lead Manager accounts. Even when agents choose to enter a lead in Lead Manager, there is no mandatory field requiring the identity of the lead source.

16. Similarly, agents are not required to create a quote in Allstate's quoting system for each lead they contact. I understand it is commonplace for an agent speaking with a lead from a vendor, such as InboundCD, to not enter data into the Allstate quoting system.

Under 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

DECLARANT FURTHER SAYS NOT.

Date: April 21, 2026 *Alan Wroblewski*
Alan Wroblewski