**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Kimberly Starling
Plaintiff,
v.
Case No.: 1:25−cv−04000
Honorable Matthew F. Kennelly

Allstate Insurance Company
Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 6, 2026:

MINUTE entry before the Honorable Matthew F. Kennelly: In person motion hearing held on 5/6/2026 regarding plaintiff's motion to compel. The Court declined to defer class−related discovery. Regarding the remaining disputed issues the parties are directed to promptly confer in good faith to attempt to reach an agreed resolution. A joint status report regarding the results of the parties' discussions including each side's positions on any remaining disputed issues is to be filed on 5/22/2026. Plaintiff's motion for modification of case scheduling order [54] is granted. Fact discovery completion deadline is extended to 10/6/2026. Deadline for filing a motion for class certification is extended to 11/5/2026. The case is set for a telephonic status hearing on 6/1/2026 at 8:50 a.m. The following call−in number will be used for the hearing: 650−479−3207; access code 2305−915−8729. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.