**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| KIMBERLY STARLING, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY,<br><br>Defendant. | Case No.: 1:25-CV-4000<br><br>Honorable Judge Matthew F. Kennelly |

MK 7/22/26

**~~PROPOSED~~ ORDER**

On June 23, 2026, the Court entered an Order resolving Plaintiff's Motion to Compel Defendant to Produce Discovery (Dkt. 47).

For Plaintiff's Requests for Production Nos. 10–11, 12, 18, 22, 40–41, 48, 50, and Interrogatory Nos. 12–13, the Court Granted in Part and Denied in Part the Motion, ordering that the Parties meet and confer regarding a way of sampling of Allstate Agencies who used Navlan PR LLC d/b/a InboundCD ("InboundCD") for searching and producing responsive documents.

The Parties have presented, and the Court adopts, the following sampling methodology:

Plaintiffs have selected the following 20 Allstate unique IDs obtained from documents produce by Allstate purporting to be InboundCD's weekly transfer reports showing transfer calls to Allstate Agencies, which use Allstate's alphanumeric identifiers of Allstate Agents. The following 20 Allstate agencies (or agents associated with the following agencies), referenced hereinafter as ("Sample Allstate Agencies") are:

| | | | | |
|---|---|---|---|---|
| A057911 | A0D6425 | A0A7373 | A0B0891 | A0A7586 |
| A076474 | A0B8580 | A051070 | A0F0967 | A0A0401 |
| A094629 | A0D4992 | A0C2647 | A0B8503 | A0C1785 |
| A0A5740 | A0C0596 | A0F0348 | A0D6743 | A046151 |

For the Relevant Time Period, Allstate shall conduct a search of the Allstate email accounts used by all of the agents at the Sample Allstate Agencies, the Allstate Lead Manager System, and the Allstate Quoting System for documents responsive to Plaintiff's Request for Production Nos. 10–11, 12, 18, 22, 40–41, 48, 50, and for information responsive to Interrogatory Nos. 12–13. Without waiver of Allstate's ability to object to whether such other sources are within their control, the aforementioned search shall include other Allstate-controlled custodians, sources, and locations where responsive information is reasonably likely to be located.

Within fourteen (14) days of this Order, Allstate shall disseminate a written request to the Sample Allstate Agencies requiring the Sample Allstate Agencies to search all non-Allstate controlled custodians, sources, and locations where responsive information in their possession, custody, or control, is reasonably likely to be located, and which is responsive to Plaintiff's request for Production Nos. 10–11, 12, 18, 22, 40–41, 48, 50, and Interrogatory Nos. 12–13.

The written request letter will be sent to each Sample Allstate Agency and Plaintiff's counsel will be copied. The written request letter shall include a copy of this Court Order and will provide Plaintiff's counsel email addresses. The request shall give each Sample Allstate Agency 14 days to provide written confirmation that they agree to comply with the request, or to submit any objections to Plaintiff's counsel's email addresses. If a Sample Allstate Agency timely serves an objection, Plaintiff shall be allowed the option to select an alternative Allstate Agency as a Sample Allstate Agency, or Plaintiff may elect to serve a formal subpoena on the objecting Sample Allstate Agency.

Allstate shall produce responsive documents and amended responses to Plaintiff's discovery requests by August 28, 2026. Responses from the Sample Allstate Agencies are due to Plaintiff by September 4, 2026.

Entered July 22, 2026