**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| KIMBERLY STARLING, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY,<br><br>Defendant. | Case No.: 1:25-CV-4000<br><br>Honorable Judge Matthew F. Kennelly |

**JOINT STATUS REPORT**

Plaintiff Kimberly Starling ("Plaintiff") and Defendant Allstate Insurance Company ("Allstate") (collectively, the "Parties") have conferred and hereby file this Joint Status Report per the Court's August 14, 2026 Order [Dkt. 64].

To resolve the discovery dispute concerning Plaintiff's Requests for Production Nos. 10–11, 12, 18, 22, 40–41, 48, 50, and Interrogatory Nos. 12–13, the Court ordered the Parties to conduct a sampling of Allstate agencies who used Allstate Select Vendor Program Supplier Navlan PR, LLC d/b/a InboundCD ("InboundCD") to receive transfers of insurance prospects during the Class Period. The Parties agreed to a proposed order embodying the initial sampling set. The Court entered that Order on July 22, 2026. [Dkt. 63].

On August 5, 2026, Allstate sent the agreed written request to the initial sampling set of Allstate agents. On September 4, 2026, Allstate advised Plaintiff that 15 of the 20 sampled agencies responded, in some form, to Allstate's request. On September 4, 2026, Allstate produced those responses, as well as e-mail communications from the sample agencies' respective email inboxes

(ALLSTATE-AGENCY-00000001-ALLSTATE-AGENCY-000018133).[1] The production is voluminous and Plaintiff is currently reviewing the production and intends to meet-and-confer with Defendant, should there be any need for follow-up discovery or discovery disputes related to the production. In addition, Plaintiff is determining whether to issue subpoenas to the five (5) Allstate Agencies that did not respond to Allstate's request.

On August 27, 2026, Allstate responded to Plaintiff's Fifth Set of Written Discovery. On August 28, 2026, Allstate supplemented its responses to Plaintiff's First, Second and Third Set of Written Discovery. On September 3 2026, Allstate produced additional documents (ALLSTATE_022724-ALLSTATE_028970). Plaintiff is reviewing this production and intends to meet-and-confer with Defendant, should there be any need for follow-up discovery or discovery disputes related to the production.

With respect to the subpoena enforcement action in Puerto Rico, the Court denied Defendant's Motion to Quash. InboundCD has not yet filed a response to the Motion to Enforce, and Plaintiff continues to meet-and-confer with counsel for InboundCD regarding a deposition date and production. Plaintiff suspects that the deposition will occur in late September or early October.

Once Plaintiff completes her review of the voluminous production, Plaintiff intends to take a Rule 30(b)(6) deposition of Allstate. In addition, Plaintiff may seek the deposition of various employees of Allstate identified in its recent production, as well as certain Allstate agency representatives.

[1] For clarification, Allstate states that, although five agencies did not provide a written response to Allstate's August 5, 2026 letter, the ALLSTATE-AGENCY production contains responsive documents from Allstate's email server for all 20 agencies.

On September 4, 2026, Allstate served its Second Set of Written Discovery Requests on Plaintiff. Allstate intends to serve its remaining document production in response to Plaintiff's Fifth Set of Written Discovery and supplemental privilege log within the next two weeks.

At the Status Conference, Plaintiff would like to discuss an amended scheduling order, extending the deadlines for discovery and other operative deadlines.

Date: September 15, 2026


*/s/__Max S. Morgan______________*
Max S. Morgan, Esq.
THE WEITZ FIRM, LLC
1515 Market Street #1100
Philadelphia, PA 19102
Tel: (267) 587-6240
Fax: (215) 689-0875
max.morgan@theweitzfirm.com

Thomas A. Zimmerman, Jr.
Jeffrey D. Blake
Zimmerman Law Offices, P.C.
7199 S. Kingery Highway, #1148
Willowbrook, Illinois 60527
Telephone: (312) 440-0020
Facsimile: (312) 440-4180
tom@attorneyzim.com
jeff@attorneyzim.com

*Counsel for Plaintiff and the Putative Classes*

*/s/ _Jani Mikel______________*
JANI K. MIKEL
**AKERMAN LLP**
Illinois Bar No. 6331445
71 South Wacker Drive, 47th Floor
Chicago, Illinois 60606
Telephone: (312) 634-5700
Facsimile: (312) 424-1900
Email: jani.mikel@akerman.com
Email: elida.asa@akerman.com

**- and –**

RYAN ROMAN
** Admitted Pro Hac Vice*
**AKERMAN LLP**
201 East Las Olas Boulevard, Suite 1800
Fort Lauderdale, Florida 33301
Telephone: (954) 463-2700
Facsimile: (954) 463-2224
Email: ryan.roman@akerman.com
Email: lauren.chang-williams@akerman.com

*Counsel for Defendant Allstate Insurance Company*