**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| KIMBERLY STARLING, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY,<br><br>Defendant. | Case No.: 1:25-CV-4000<br><br>Honorable Matthew F. Kennelly |

**NOTICE OF ENTRY OF COURT ORDER IN A RELATED MATTER**

Plaintiff Kimberly Starling hereby files this notice of entry of a court order ("Order") in a related matter, attached hereto as Exhibit A.

The Order was entered in the related subpoena enforcement action pending in the United States District Court for the District of Puerto Rico, captioned *Starling v. Navlan PR, LLC*, No. 3:26-mc-129 (the "Navlan Case"). The court in the Navlan Case granted Plaintiff's request for an Order (i) setting a November 30, 2026 deadline by which Respondents must fully respond to Plaintiff's subpoenas for documents, and (ii) commanding Ryan Blackman to appear for his deposition on December 7, 2026.

Plaintiff Kimberly Starling,

By: */s/ Thomas A. Zimmerman, Jr.*

Thomas A. Zimmerman, Jr.
Jeffrey D. Blake
Zimmerman Law Offices, P.C.
7199 S. Kingery Highway, #1148
Willowbrook, Illinois 60527
Telephone: (312) 440-0020
tom@attorneyzim.com
jeff@attorneyzim.com

Max S. Morgan, Esq.
The Weitz Firm, LLC
1515 Market Street, #1100
Philadelphia, PA 19102
Tel: (267) 587-6240
max.morgan@theweitzfirm.com

Counsel for the Plaintiff and Putative Classes

# Exhibit A

| | |
|---|---|
| **From:** | jeff@attorneyzim.com |
| **To:** | "Jeff Blake" |
| **Subject:** | FW: Activity in Case 3:26-mc-00129-FAB Starling v. Navlan PR, LLC Order on Motion requesting Order |
| **Date:** | Friday, October 30, 2026 6:13:58 PM |

**From:** prd_docketing@prd.uscourts.gov <prd_docketing@prd.uscourts.gov>
**Sent:** Friday, 30 October 2026 17:10:00
**To:** prd_docketing@prd.uscourts.gov <prd_docketing@prd.uscourts.gov>
**Subject:** Activity in Case 3:26-mc-00129-FAB Starling v. Navlan PR, LLC Order on Motion requesting Order

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**United States District Court**

**District of Puerto Rico**

**Notice of Electronic Filing**

The following transaction was entered on 10/30/2026 at 5:09 PM AST and filed on 10/30/2026

| | |
|---|---|
| **Case Name:** | Starling v. Navlan PR, LLC |
| **Case Number:** | 3:26-mc-00129-FAB |
| **Filer:** | |
| **Document Number:** | 27(No document attached) |

**Docket Text:**
**ORDER Re: [26] Motion requesting Order. GRANTED. Respondents Navlan PR, LLC and Ryan Blackman are ORDERED to fully respond to plaintiff's subpoenas no later than November 30, 2026, and to produce Ryan Blackman for a deposition by videoconference on December 7, 2026, under penalties of severe sanctions. Respondents shall not object to the subpoenas, and shall not object to any question posed to Ryan Blackman during his deposition, except for privilege. Signed by Senior Judge Francisco A. Besosa on 10/30/2026. (mig)**

**3:26-mc-00129-FAB Notice has been electronically mailed to:**

Jairo A. Mellado-Villarreal jmellado@mellado.com, MelladoLaw@gmail.com,

noquendo@mellado.com

Max Morgan max.morgan@theweitzfirm.com

**3:26-mc-00129-FAB Notice has been delivered by other means to:**

Navlan PR, LLC