**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Kimberly Starling
Plaintiff,
v.
Allstate Insurance Company
Defendant.

Case No.: 1:25−cv−04000
Honorable Matthew F. Kennelly

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 3, 2026:

MINUTE entry before the Honorable Matthew F. Kennelly: The Court has reviewed the report by plaintiff's counsel. The telephonic status hearing set for 11/30/2026 is vacated and reset to 12/15/2026 at 8:55 AM. The following call−in number will be used for the hearing: 650−479−3207; access code 2305−915−8729. A joint status report regarding the progress of discovery and any settlement discussions is to be filed on 12/8/2026 (not 11/23/2026 as previously ordered). (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.